UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA KAY MORELAND, | Case No.: 3:16-CV-00530-RCJ-CBC |
| Plaintiff, | ORDER |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla Baldwin Carry (ECF No. 20[1]) entered on December 4, 2018, recommending that the Court grant Plaintiff's motion for judgment on the pleadings (ECF No. 12) and the case be remanded for further administrative proceedings, and the Commissioner's cross-motion to affirm (ECF No. 14) be denied. No objection to the Report and Recommendation has been filled.

This action was referred to Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3.

---

[1] Refers to Court's docket number.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 20) entered on December 4, 2018, is ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that Plaintiff's motion for judgment on the pleadings (ECF No. 12) is GRANTED.

IT IS FURTHER ORDERED that Defendant's cross-motion to affirm (ECF No. 14) is DENIED.

IT IS FURTHER ORDERED that the Clerk of the Court shall REVERSE and REMAND to the commissioner of Social Security for further administrative proceedings and close the case.

IT IS SO ORDERED.

Dated this 15th day of January, 2019.

_____
ROBERT C. JONES
Senior District Judge