1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada State Bar Number 13644
   DEBORAH LEE STACHEL
3  Regional Chief Counsel
   DANIEL P. TALBERT
4  Special Assistant United States Attorney
        Social Security Administration
5       160 Spear Street, Suite 800
        San Francisco, CA 94105
6       Telephone: (415) 977-8995
        Facsimile: (415) 744-0134
7  Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RENO DIVISION

| | |
|---|---|
| SANDRA K. MORELAND,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 3:16-cv-00530-RCJ-CBC<br><br>STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the parties through their undersigned |
| 2 | counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses |
| 3 | under the EAJA in the amount of FOUR THOUSAND dollars ($4,000.00) and costs in the |
| 4 | amount of $400. This amount represents compensation for all legal services rendered on behalf |
| 5 | of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. |
| 6 | §§ 2412 and 1920. |
| 7 | After the Court issues an order for EAJA fees and expenses to Plaintiff, the government |
| 8 | will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's |
| 9 | attorney. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the ability to honor the assignment |
| 10 | will depend on whether the fees, expenses are subject to any offset allowed under the United |
| 11 | States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses |
| 12 | is entered, the government will determine whether they are subject to any offset. |
| 13 | Fees and expenses shall be made payable to Plaintiff, but if the Department of the |
| 14 | Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause |
| 15 | the payment of fees to be made directly to counsel, pursuant to the assignment executed by |
| 16 | Plaintiff. Any payments made shall be delivered to Plaintiff's counsel. |
| 17 | This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA |
| 18 | attorney fees and expenses, and does not constitute an admission of liability on the part of |
| 19 | Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release |
| 20 | from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to |
| 21 | EAJA attorney fees and expenses in connection with this action. |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

DATE: January 23, 2019

*s/ Daniel S. Jones*
(as authorized by electronic mail)
DANIEL S. JONES

Attorney for Plaintiff

NICHOLAS A. TRUTANICH
United States Attorney

DATE: January 23, 2019    By   *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

DATE: January 24, 2019.

ROBERT C. JONES